**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JOSE ROBERTO ROMERO,<br><br>Plaintiff(s),<br><br>– against –<br><br>QG LANDSCAPE INC., ROBERTO MARTINEZ, SAL ZUCCARELLO, PETER ZUCCARELLO and ANTOINETTE ZUCCARELLO,<br><br>Defendants. | Case No. 1:24-cv-08561 (DG)(MMH)<br><br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, on December 16, 2024, Jose Roberto Romero ("Plaintiff") filed this action against QG Landscape Inc., Roberto Martinez, Sal Zuccarello, Peter Zuccarello, and Antoinette Zuccarello (collectively, "Defendants"); and

**WHEREAS**, on October 7, 2025, pursuant to Rule 68 of the Federal Rules of Civil Procedure, and in order to effectuate a settlement reached by the parties, Defendants served on Plaintiff Defendants' Notice of Offer of Judgment to Plaintiff Pursuant to Rule 68, Fed. R. Civ. P. ("Defendants' Offer of Judgment"), which is attached as **Exhibit A** hereto; and

**WHEREAS**, on ____October 7,____, 2025, Plaintiff accepted Defendants' Offer of Judgment, which acceptance is attached hereto as **Exhibit B**.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      Defendants shall pay Plaintiff the total sum of Fifty Thousand Dollars and Zero Cents ($50,000.00) (the "Judgment Amount"). The Judgment Amount includes all compensatory damages, statutory damages, attorneys' fees incurred to date, litigation expenses, and costs of litigation available under all federal, state, or local statutes.

092575\1\171051448.v4

2.      The Judgment Amount of Fifty Thousand Dollars and Zero Cents ($50,000.00) shall be paid to "Jose Roberto Romero" in five (5) separate installments as follows:

i.      First Installment: Ten Thousand Dollars and Zero Cents ($10,000.00), payable within one (1) month following the Court's entry of judgment in this action;

ii.     Second Installment: Ten Thousand Dollars and Zero Cents ($10,000.00), payable within two (2) months following the Court's entry of judgment;

iii.    Third Installment: Ten Thousand Dollars and Zero Cents ($10,000.00), payable within three (3) months following the Court's entry of judgment;

iv.     Fourth Installment: Ten Thousand Dollars and Zero Cents ($10,000.00), payable within four (4) months following the Court's entry of judgment; and

v.      Fifth Installment: Ten Thousand Dollars and Zero Cents ($10,000.00), payable within five (5) months following the Court's entry of judgment.

The Judgment Amount and installment payments are reasonable.

3.      This judgment shall be in full satisfaction of all federal, state, and local statutory and/or common law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any of their past, present, and future officers, directors, partners, stockholders, members, managers, employees, parent entities, subsidiary entities, affiliates, insurers, and to the predecessors, successors, heirs, executors, administrators, representatives and assigns of each of the foregoing, each in their capacity as such, in connection with the facts and circumstances that are the subject of this action and contained in Plaintiff's pleadings.

4.      This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and in order to effectuate a voluntary settlement of the action, and is not to be construed as an admission of liability by Defendants or any of their past, present, and future officers, directors, partners, stockholders, members, managers, employees, parent entities, subsidiary entities, affiliates, insurers, and to the predecessors, successors, heirs, executors, administrators, representatives, and assigns of each of the foregoing, each in their capacity as such,

092575\1\171051448.v4

or that Plaintiff has suffered any damages in connection with the facts and circumstances that are the subject of this action.

5.      Acceptance of this offer of judgment will act as a general release and discharge by Plaintiff of Defendants and their past, present, and future officers, directors, partners, stockholders, members, managers, employees, parent entities, subsidiary entities, insurers, and to the predecessors, successors, heirs, executors, administrators, representatives, and assigns of each of the foregoing, each in their capacity as such, from any and all claims, causes of action, suits, demands, rights, liabilities, damages, lawsuits, losses, fees, costs or expenses of any kind whatsoever, whether known or unknown, including any monetary, injunctive or declaratory relief relating thereto from the beginning of time to the date that judgment is entered.

6.      Acceptance of this offer of judgment also will operate to waive Plaintiff's rights to any claim of interest on the amount of the judgment.

7.      Within three (3) days after Plaintiff has received the Fifth Installment of the Judgment Amount, Plaintiff must file a Satisfaction of Judgment in the same form as that annexed as **Exhibit A** to Defendants' Offer of Judgment.

8.      The Clerk of the Court is respectfully directed to close this case with prejudice.

Dated:_Brooklyn, New York
        October 10, 2025

BRENNA B. MAHONEY
CLERK OF COURT

by:_*Jalitza Poveda*_____
        Deputy Clerk