**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JOSE ROBERTO ROMERO,

                Plaintiff(s),

    – against –

QG LANDSCAPE INC., ROBERTO MARTINEZ,
SAL ZUCCARELLO, PETER ZUCCARELLO and
ANTOINETTE ZUCCARELLO,

                Defendants.

Case No. 1:24-cv-08561 (DG)(MMH)

**SATISFACTION OF**
**JUDGMENT PURSUANT TO**
**RULE 68, FED. R. CIV. P.**

**WHEREAS,** this Court entered a Judgment in the above-captioned action pursuant to an Offer of Judgment pursuant to Rule 68, Fed. R. Civ. P. on _____October 8___ , 2025 (Dkt. No. 24), in favor of Jose Roberto Romero ("Plaintiff") and against  QG Landscape Inc., Roberto Martinez, Sal Zuccarello, Peter Zuccarello, and Antoinette Zuccarello (collectively, "Defendants") in the total sum of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of attorneys' fees and costs and disbursements, as set forth in the accepted Offer of Judgment (Dkt. No.25); and

**WHEREAS,** Defendants have paid the judgment amount reflected above in full, and it is certified that there are no outstanding executions with any Sheriff or Marshall or outstanding unpaid interests on the judgment;

**NOW THEREFORE,** full and complete satisfaction of the Judgment · is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction of the Judgment on the docket.

Dated: New York, New York
    ____March 25__ , 2026

                **Robert Wisniewski P.C.**
                *Attorneys for Plaintiff*

                By:_____
                Robert Wisniewski
                Richard Fujimoto
                17 State Street, Suite 820
                New York, NY 10004
                Tel.: (212) 267-2101
                E-mail: rw@rwapc.com
                         rf@rwapc.com

082660\13\180145153.v1

STATE OF NEW YORK        )
                         )        SS.:
COUNTY OF NEW YORK  )

On this _21_ day of _March_ 2025, before me personally came Robert Wisniewski, to me known and known to be a member of the firm of Robert Wisniewski P.C., attorneys for Plaintiff in the above-captioned action, and to be the same person described in and who executed the within Satisfaction of Judgment and acknowledged to me that he executed the same.

_Shaniqua Edmond_
Notary Public

SHANIQUA EDMOND
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ED0023926
Qualified in Bronx County
My Commission Expires _4/25/2028_

082660\13\180145153.v1

SHANIQUA EDMOND
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ED0003936
Qualified in Bronx County
My Commission Expires